■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUEL ROUNDTREE, Appellant. [833 NYS2d 19]—Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered November 15, 2005, convicting defendant, after a jury trial, of robbery in the third degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

While the court should have avoided singling out the intoxication defense as a matter upon which the jury should "proceed with caution," the charge, viewed as a whole, conveyed the proper standards and did not deprive defendant of a fair trial (*see People v Fields*, 87 NY2d 821 [1995]). The court carefully instructed the jury on the People's burden of proof, and it never suggested that defendant had any such burden (*compare People v Velazquez*, 77 AD2d 845 [1980], *lv denied* 51 NY2d 884 [1980]), or that the court had any opinion on the intoxication issue. Defendant's argument concerning the court's supplemental charge is unpreserved and without merit. Concur—Tom, J.P., Andrias, Sullivan, Williams and Gonzalez, JJ.